| | |
|---|---|
| DARYL SCOTT HOWE,<br>      Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br>      Defendant. | **JUDGMENT**<br><br>Case No. 5:20-CV-424-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Consent Motion to Remand Case to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

<u>This judgment filed and entered on August 2, 2021, with electronic service upon:</u>

Karl Osterhout, *Counsel for Plaintiff*
Charles Hall, IV, *Counsel for Plaintiff*
Paul Eaglin, *Counsel for Plaintiff*
Gabriel Deadwyler, *Counsel for Defendant*

                                  **PETER A. MOORE, JR.**
                                  CLERK, U.S. DISTRICT COURT

<u>DATE</u>: August 2, 2021                /s/ *Shelia Foell*
                                         (By): Shelia Foell
                                         Deputy Clerk, U.S. District Court